## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BALL HORTICULTURAL COMPANY | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:20-cv-01388-3JP |
| | : |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, | : |
| | : |
| Defendants. | : |

### PLAINTIFFS' NOTICE OF DISMISSAL AS TO BALL HORTICULTURAL COMPANY

Plaintiff Ball Horticultural Company ("Plaintiff") is hereby providing its notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Defendants have not filed an answer to the operative complaint in this case, and Defendants have not moved for summary judgment.

This case is currently stayed. The case *HMTX Industries LLC, et al. v. United States et al.*, Court No. 20-cv-00177 (CIT) serves as the sample case for purposes of this Court's initial consideration and resolution of Ball Horticultural's Section 301 claims against Defendants. (Dkt. # 8, Standard Procedural Order 21-04). Plaintiff is providing this notice of voluntary dismissal independently from all other similar cases. Plaintiff's notice of voluntary dismissal does not affect or bear upon: (i) the sample case, (ii) any decisions issued in the sample case, (iii) any appeals from decisions issued in the sample case, or (iv) any rights of any other plaintiffs with Section 301 claims against Defendants.

NOW, THEREFORE, Plaintiff respectfully requests that its claims asserted against Defendants in the complaint in this case are dismissed. Plaintiff shall bear its own fees, expenses and costs associated with this action.

Dated: August 24, 2023

Respectfully submitted,

**BALL HORTICULTURAL COMPANY**

By: /s/ *Meghann C. T. Supino*

Ice Miller LLP
Dale Stackhouse
Meghann C. T. Supino
One American Square
Suite 2900
Indianapolis, IN 46282-0200
dale.stackhouse@icemiller.com
meghann.supino@icemiller.com

*Counsel to Ball Horticultural Company*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 23, 2023 she caused the foregoing document to be filed through the District Court's CM/ECF electronic filing system, which shall serve an electronic copy of the foregoing document upon all counsel of record.

/s/ *Meghann Supino*
Meghann C. T. Supino